STATE OF CONNECTICUT *v.* CHRISTOPHER SAYER
(8213)

BORDEN, O'CONNELL and NORCOTT, Js.

Argued January 16—decision released January 25, 1990

*Robert W. Smith,* with whom, on the brief, was *James R. Smith,* for the appellant (defendant).

*Julia DiCocco Dewey,* assistant state's attorney, with whom, on the brief, were *John Connelly,* state's attorney, and *Eva Lenczewski,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. This case is controlled by *State* v. *Lloyd,* 185 Conn. 199, 440 A.2d 867 (1981).

There is no error.